

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| RAUL RENE RODRIGUEZ, | | No. 08-15-00340-CV |
| | § | |
| APPELLANT, | | Appeal from the |
| | § | |
| V. | | 65th District Court |
| | § | |
| LETICIA BORREGO, | | of El Paso County, Texas |
| | § | |
| APPELLEE. | | (TC# 2007CM7669) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes that the appeal should be dismissed because the Appellant has not complied with a Court order.  We therefore dismiss the appeal, in accordance with the opinion of this Court.  We further order that Appellant pay all costs of this appeal, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.